# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 790 MAL 2019

         Respondent          :

                           :   Petition for Allowance of Appeal

                           :   from the Order of the Superior Court

         v.                      :

                           :

TIRRELL WILLIAMS,          :

                           :

         Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of April, 2020, the Petition for Allowance of Appeal and the Motion to Suspend Sentence/Home Confinement/Modified Bail are **DENIED**.